Case 3:20-cr-00480-WHA   Document 223   Filed 02/27/23   Page 1 of 4

FILED
Feb 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

20-cr-00480-WHA-2 - Cruz, Leydis Yaneth

To: Whom this may concern,    2/20/23

Honorable Judge William Alsup with all my respect I'm writing this letter to ask you to please take into consideration that i've been extremely sick while being incarcarated I almost suffered from a stroke and the medical team at this prison is not well equipped and understaffed, they do not meet the standards for medical treatment. I have pre-diabetes, cholesterol, thyroids and migraines. I have six months to go but I'm asking if you can release me three months earlier. I have a seven year old daughter and she suffers from depression because she lost me due to my incarcaration. I'm scared to loose her because there's a possibility she can be put out for adoption. I begg you parden to please take off three month off my sentence. I know I committed a crime and I truly regret it, and I promise to never commit a crime again. I need to get medical treatment and here that is impossible, they do not have enough providers and the ones that are here are only temporary This prison has a horrible reputation

that no one wants to work here. I have been programming since I got here. I'm taking parenting classes aswell as working in the kitchen. From the bottom of my heart I begg you and ask to please take off three months from my sentence. I hope god forgives me. It has cost me all my sanity to end up in prison. I hope to receive a positive response. I await yourie response.

Sincerely,
Leydis Cruz Mayorquin

